TRENTON H. NORRIS (SBN 164781)
PEG CAREW TOLEDO (SBN 181227)
WILLIS M. WAGNER (SBN 310900)
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400
E-mail: Trent.Norris@arnoldporter.com
Peg.Toledo@arnoldporter.com
Will.Wagner@arnoldporter.com

EKSANDAR A. BEROUKHIM (SBN 220722)
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199
Email: Alex.Beroukhim@arnoldporter.com

MARNIE A. JENSEN (*pro hac vice*)
RYANN A. GLENN (*pro hac vice*)
Husch Blackwell LLP
13330 California Street, Suite 200
Omaha, Nebraska 68154
Telephone: 402.964.5000
Facsimile: 402.964.5050
E-mail: marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com

ELDON MCAFEE (*pro hac vice*)
JULIE VYSKOCIL (*pro hac vice*)
BRICK GENTRY, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266
Telephone: 515.271.5916
Facsimile: 515.274.1488
E-mail: eldon.mcafee@brickgentrylaw.com
julie.vyskocil@brickgentrylaw.com

Attorneys for Plaintiff
IOWA PORK PRODUCERS ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOWA PORK PRODUCERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, et al.,<br><br>Defendants. | Case No. 2:21-cv-09940 CAS(AFM)<br><br>**PLAINTIFF'S NOTICE OF INTENT NOT TO AMEND THE COMPLAINT**<br><br>Honorable Christina A. Snyder |

Plaintiff Iowa Pork Producers Association ("Plaintiff" or "IPPA") respectfully submits this Notice of Intent Not to Amend the Complaint. On March 2, 2022, this Court entered an Order granting Defendants' Motion to Dismiss. The Court dismissed Plaintiff's claims with leave to file an amended complaint within 14 days. In lieu of filing an amended complaint, Plaintiff respectfully advises the Court that it elects not to amend the Complaint. It instead seeks to obtain an appealable final judgment by filing this written notice of intent not to file an amended complaint. *See e.g., WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1135-37 (9th Cir. 1997) (en banc) (party may not appeal claims dismissed with leave to amend until district court enters final judgment); *accord Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004) (plaintiff may obtain appealable final judgment by filing written notice of intent not to file an amended complaint).

Accordingly, Plaintiff respectfully requests that the Court enter judgment.

DATED:  March 18, 2022.

        IOWA PORK PRODUCERS ASSOCIATION, Plaintiff.

By: */s/ Marnie A. Jensen*
    Trenton H. Norris (SBN 164781)
    Peg Toledo (SBN 181227)
    Willis M. Wagner (SBN 310900)
    Arnold & Porter Kaye Scholer LLP
    Three Embarcadero Center, 10th Floor
    San Francisco, California 94111
    Telephone: +1 415.471.3100
    Facsimile: +1 415.471.3400
    Trent.Norris@arnoldporter.com
    Peg.Toledo@arnoldporter.com
    Will.Wagner@arnoldporter.com

Eksandar A. Beroukhim
(SBN 220722)
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor

Los Angeles, California 90017
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199
Alex.Beroukhim@arnoldporter.com

and

Marnie A. Jensen (NE 22380)
(*pro hac vice*)
Ryann A. Glenn (NE 26160)
(*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California Street, Suite 200
Omaha, NE 68154
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com

and

Eldon L. McAfee (AT0004987)
(*pro hac vice*)
Julie L. Vyskocil (AT0009711)
(*pro hac vice*)
BRICK GENTRY, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: (515) 271-5916
Facsimile: (515) 274-1488
eldon.mcafee@brickgentrylaw.com
julie.vyskovil@brickgentrylaw.com

*Attorneys for Iowa Pork Producers Association*

2
PLAINTIFF'S NOTICE OF INTENT NOT TO AMEND THE COMPLAINT

# CERTIFICATE OF SERVICE

Case Name: ***Iowa Pork Producers v. Rob Bonta, et al.***

Case No. **2:21-cv-09940-CAS-AFM**

I hereby certify that on March 18, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFF'S NOTICE OF INTENT NOT TO AMEND THE COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 18, 2022, at Omaha, Nebraska.

|  |  |
|---|---|
| Marnie A. Jensen | */s/ Marnie A. Jensen* |
| Declarant | Signature |