JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOWA PORK PRODUCERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and TOMAS ARAGON, in his official capacity as Director of the California Department of Public Health,<br><br>Defendants,<br><br>THE HUMANE SOCIETY OF THE UNITED STATES; ANIMAL LEGAL DEFENSE FUND; ANIMAL EQUALITY; THE HUMANE LEAGUE; FARM SANCTUARY; COMPASSION IN WORLD FARMING USA; ANIMAL OUTLOOK,<br><br>Defendants-Intervenors. | 2:21-cv-09940-CAS (AFMx)<br><br>**FINAL JUDGMENT** |

1

# JUDGMENT

On March 2, 2022, the Court served its order granting defendant's motion to dismiss plaintiff's first amended complaint in its entirety, and permitting plaintiff 14 days' leave to amend. Dkt. 83. On March 18, 2022, plaintiff filed a notice of intent not to amend the complaint. Dkt. 85.

Accordingly, the Court ORDERS, ADJUDGES, AND DECREES that judgment be, and hereby is, entered in favor of defendants. The Court enters judgment dismissing plaintiff's first amended complaint for preliminary and injunctive and declaratory relief with prejudice.

**IT IS SO ORDERED.**

Dated: March 29, 2022

_____
CHRISTINA A. SNYDER
United States District Judge

SA2021305217
36024381