UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IOWA PORK PRODUCERS ASSOCIATION,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; et al.,<br><br>        Defendants-Appellees,<br><br>and<br><br>HUMANE SOCIETY OF THE UNITED STATES; et al.,<br><br>        Intervenor-Defendants-Appellees. | No.   22-55336<br><br>D.C. No. 2:21-cv-09940-CAS-AFM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellees' opposed motion (Docket Entry No. 8) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until resolution of *National Pork Producers Council v. Ross*, Sup. Ct. Dkt. No. 21-468, or until further order of this court.

Appellees shall file a status report on August 24, 2022, and every 90 days thereafter while resolution of *National Pork Producers Council v. Ross* is pending.

GS  05/09/2022/Pro Mo

Status reports should include any change in the status of the case and the estimated date of resolution, if known.

Appellees shall notify the court by filing a status report within 7 days of the resolution of *National Pork Producers Council v. Ross*.

Failure to file a status report may terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7